**ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Tuesday, November 30, 2021 11:22:58 AM
CASE NUMBER: 2021 CV 04870 Docket ID: 35919508
MIKE FOLEY
CLERK OF COURTS MONTGOMERY COUNTY OHIO**

Kelly Mulloy Myers (0065698)
Trial Attorney for Plaintiff

# COURT OF COMMON PLEAS
# MONTGOMERY COUNTY, OHIO

| | |
|---|---|
| DOUGLAS TERLAU<br>6514 Rangeview Drive<br>Dayton, OH 45415<br><br>Plaintiff,<br><br>v.<br><br>AIRGAS USA, LLC.<br>C/O Statutory Agent<br>CT Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219<br><br>Defendant. | Case No. _____<br><br>Judge _____<br><br><br><br><br><br>**COMPLAINT** |

## PARTIES

1. Plaintiff Douglas Terlau is a resident and citizen of the State of Ohio.

2. Defendant AIRGAS USA, LLC, Inc. is a company with that conducts business in the state of Ohio.

3. Defendant AIRGAS USA, LLC is an employer within the meaning of state and federal law.

## JURISDICTION AND VENUE

4. This Court has personal jurisdiction over Defendant in this case and subject matter jurisdiction over the allegations in the Complaint.

5. Venue is proper in Montgomery County, Ohio because some of the events giving rise to this Complaint occurred in Montgomery County, Ohio.

## FACTUAL ALLEGATIONS

6. Plaintiff was employed by Defendant from May 2018 until his abrupt termination on June 8, 2021.

7. Plaintiff was a dedicated employee with forty years of experience in the industrial gas field.

8. Plaintiff was hired by Defendant when his previous employer Weiler Welding was acquired by Plaintiff.

9. Plaintiff held the position of Cryogenic Service Technician at Weiler and was promised the same position upon Defendant's acquisition of Wieler; however, Plaintiff was offered the position of Propane Cylinder Filler.

10. Plaintiff was fully qualified for his position and others at all relevant times.

11. Plaintiff suffered a work-place injury on April 16, 2021.

12. Plaintiff was placed in a cast and put on "light duty with minimal assist of right hand."

13. Plaintiff filed a claim for Workers' Compensation in connection with the injury.

14. Plaintiff was terminated on June 8, 2021 for filing his claim for Workers' Compensation.

## COUNT I

### (Workers' Compensation Retaliation – R.C. § 4123.90)

15. Plaintiff realleges the foregoing paragraphs as if fully rewritten herein.

16. Plaintiff filed a claim for Workers' Compensation benefits according to the laws of the state of Ohio.

17. On June 8, 2021, Defendant terminated Plaintiff on account of his Workers' Compensation claim.

18. As a result of Defendant's willful and malicious conduct, which was in violation of R.C. § 4123.90, Plaintiff has suffered damages and is entitled to relief.

**WHEREFORE**, Plaintiff Douglas Terlau demands judgment against Defendant as follows:

(a) That Plaintiff be reinstated;

(b) That Plaintiff be awarded all lost pay, front pay and benefits;

(c) That Plaintiff be awarded compensatory damages;

(d) That Plaintiff be awarded punitive damages;

(e) That Plaintiff be awarded liquidated damages;

(f) That Plaintiff be awarded pre-judgment and post-judgment interest;

(g) That Plaintiff be compensated for the adverse tax consequences of receiving a lump sum award rather than his compensation over several, separate tax years;

(h) That Plaintiff be awarded reasonable attorneys' fees; and

(i) That Plaintiff be awarded all other legal and equitable relief to which he may be entitled.

Respectfully submitted,

/s/ Kelly Mulloy Myers
Kelly Mulloy Myers (0065698)
Trial Attorney for Plaintiff
FREKING MYERS & REUL LLC
600 Vine Street, Ninth Floor
Cincinnati, OH 45202
513-721-1975 / Fax: 513-651-2570
*KMyers@fmr.law*